IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ALEXANDER JOHN STRUTZ, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 19-3098-SAC |
| ) | |
| DR. DANIEL STANTON and ) | |
| WELPATH RECOVERY SOLUTIONS ) | |
| ) | |
| *Defendants.* ) | |

## REPORT OF CAPTAIN DOUGLAS WADE

Captain Douglas Wade, for the Sheriff of Johnson County, Kansas, provides the following information to the Court pursuant to its October 8, 2019, Order (Doc. No. 7).

### A.   Facts and Circumstances Surrounding Inmate Strutz' Amended Complaint

1.   Mr. Alexander Strutz was arrested on March 5, 2019 by the Overland Park Police Department for possession/use of a tool designed to allow the removal of a theft detection device from merchandise (theft detection shielding device) and two counts of misdemeanor theft. (Jo. Co. No. 19-CR-619). He was booked into the Johnson County Central Booking facility the same date and has since been transferred to the New Century facility.

2.   Inmate Strutz pled guilty to theft and currently remains in the Sheriff's custody, serving the remainder of his 9 month sentence.

3.   Strutz filed an Amended Complaint in this matter on October 3, 2019 against Dr. Stanton and WellPath Recovery Solutions, alleging two counts of violating his Eight Amendment Rights to medical care.   Strutz generally complains of a lack of medical care following an alleged March 14, 2019, incident wherein an inmate transport bus was scraped by a security gate:

   a.   Count I alleges a failure to be seen by a medical provider for several days, a

lack of treatment or medication, a denial or delay of proper evaluation and treatment, and a failure to schedule an MRI or outside consultation with a specialist.

    b. Count II alleges a failure to thoroughly investigate and reconstruct facts of the underlying incident, including an interview of Mr. Strutz himself.

    c. Count III alleges a two week delay from scheduling until he sees Dr. Stanton, a general lack of treatment, a refusal to prescribe appropriate pain medication, and a general delay in treating his pain.

4. The specific facts and circumstances surrounding Mr. Strutz' medical care and treatment while incarcerated have been investigated. His specific medical treatment is set forth in the report of Sergeant Dvorak. (Exh A-1 hereto) The report concludes that Strutz has received substantial and ongoing treatment for his complaints, including his symptoms of ongoing pain. He has been prescribed pain relief medication (acetaminophen, ibuprofen and mobic) and antidepressant medication (nortriptyline). From March 5 to October 11, 2019, Strutz was seen seven times by licensed Detention nursing staff (L.P.N.s or R.N.s), five times by Doctor Stanton (M.D.) and four times by X-ray staff. Strutz refused to be seen by medical staff nine times during this same period. Mr. Strutz refused to take his medications on several occasions.

5. Mr. Strutz has been constantly treated by licensed professionals. From a layman's point of view his medical care seems appropriate under the circumstances. There appear to be no health care providers that have been aware of, but have improperly treated, refused to treat, or otherwise been indifferent to Mr. Strutz' medical complaints and conditions. Mr. Strutz' complaints to the Court are based on a disagreement with the health care he has received.

6. Sergeant Dvorak's report is attached hereto as Exhibit A-1 which is incorporated herein by reference.

7. A true, correct and complete copy of Wellpath's medical file for Mr. Strutz from March 5, 2019 through October 11, 2019, is attached hereto as Exhibit A-2 and is incorporated herein by reference.

### B. No Further Action Should Be Taken To Resolve The Subject Matter of the Complaint

Based upon the information contained in the report of Sergeant Dvorak and the records attached hereto, I have a good faith belief that Mr. Strutz was—and continues to be—provided with timely and appropriate professional medical care during his incarceration. Although I am not a licensed health care provider, it does not appear to me that there has been any indifference deliberate or otherwise, to Mr. Strutz' healthcare needs. Therefore, no action is planned or recommended to resolve the subject matter of his Amended Complaint.

### C. No Similar Complaints

Upon investigation and review, I have determined that there are no other similar complaints pending in this Court or elsewhere related to Mr. Strutz' Complaint or the allegations therein. Specifically, I have not found, and am not aware of, any other inmate complaints: (i) of injury from a March 14, 2019 transport accident; or (ii) of non-treatment or inadequate treatment from a March 14, 2019 transport accident.

In addition, to the best of my knowledge and belief, there are no other pending grievances, petitions or complaints that are filed: (i) internally with the Johnson County, Kansas, Sheriff's Office; (ii) with the District Court of Johnson County, Kansas; or (iii) with this Court regarding these issues.

*Cpt. Wade*
Captain Douglas Wade, for
Calvin Hayden, Sheriff of Johnson County, Kansas

VERIFICATION

STATE OF KANSAS )
ss: )
COUNTY OF JOHNSON )

I, Douglas Wade, being first duly sworn and upon my oath state that the above information and statements are true and correct to the best of my knowledge and belief.

_____
Captain Douglas Wade

The foregoing report was subscribed and sworn to before me this ____ day of November, 2019.

_____
Notary Public

My commission expires:

ANGIE FREDRICKS
Notary Public-State of Kansas
My Appt. Expires 4-17-23

SUBMITTED BY:
FERREE, BUNN & RIDGWAY, CHTD.

_____
Kirk T. Ridgway #17172
9393 W. 110th Street, Suite 200
Overland Park, Kansas 66210
P: (913) 381-8180
F: (913) 381-8652
ATTORNEY FOR RESPONDENT
CALVIN HAYDEN, SHERIFF OF
JOHNSON COUNTY, KANSAS

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of November, 2019, I electronically filed the foregoing Martinez Report with the Clerk of the District Court by using the CM/ECF system which will send a notice of electronic filing to the following:

[N/A]

I further certify that I mailed the foregoing document and the notice of electronic filing

by first-class mail to the following non-CM/ECF participants:

        Mr. Alexander Strutz
        101 N. Kansas Avenue
        Olathe, Kansas 66061

                                      /s/ Kirk T. Ridgway

I:\Shf General\1039 Alexander Strutz\Martinez Report. 112619 0942